1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Gonzalez-Aguilar
7
8                UNITED STATES DISTRICT COURT
9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )    Case No. 08mj1555
                                       )
12            Plaintiff,           )
                                       )
13 v.                                  )
                                       )    **NOTICE OF APPEARANCE**
14 **GILBERTO GONZALEZ-AGUILAR,**   )
                                       )
15            Defendant.          )
16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20                                                    Respectfully submitted,

21 Dated: May 21, 2008                         *s/ Bridget Kennedy*
                                                   Federal Defenders of San Diego, Inc.
22                                                *bridget_kennedy@fd.org*

23

24

25

26

27

28

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Gonzalez-Aguilar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj1555 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PROOF OF SERVICE |
| ) | |
| **GILBERTO GONZALEZ-AGUILAR,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: May 21, 2008                                    *s/ Bridget L. Kennedy*
                                                       **BRIDGET L. KENNEDY**
                                                       Federal Defenders of San Diego, Inc.,
                                                       225 Broadway, Suite 900
                                                       San Diego, CA 92101-5030
                                                       (619) 234-8467  (tel)
                                                       (619) 687-2666  (fax)
                                                       e-mail:bridget_kennedy@fd.org