```
 1   KAREN P. HEWITT
     United States Attorney
 2   PAUL S. COOK
     Assistant U.S. Attorney
 3   California State Bar No. 79010
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619)557-5687/(619)235-2757(Fax)
     Email: paul.cook@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America

 8                      UNITED STATES DISTRICT COURT

 9                     SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,      )  Criminal Case No. 08CR2342-H
                                    )
11                   Plaintiff,     )
                                    )  NOTICE OF APPEARANCE
12         v.                       )
                                    )
13   GILBERTO GONZALEZ-AGUILAR,     )
                                    )
14                                  )
                     Defendant.     )
15   _____

16

17   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18      I, the undersigned attorney, enter my appearance as lead

19   counsel in the above-captioned case.  I certify that I am

20   admitted to practice in this court or authorized to practice under

21   CivLR 83.3.c.3-4.

22      The following government attorneys (who are admitted to

23   practice in this court or authorized to practice under CivLR

24   83.3.c.3-4) are also associated with this case, should be listed

25   as lead counsel for CM/ECF purposes, and should receive all

26   Notices of Electronic Filings relating to activity in this case:

27      Name - "None"

28
```

1 | Effective this date, <u>the following attorneys are no longer
2 | associated with this case</u> and should <u>not</u> receive any further
3 | Notices of Electronic Filings relating to activity in this case
4 | (if the generic "U.S. Attorney CR" is still listed as active in
5 | this case in CM/ECF, please terminate this association):
6 | <u>Name</u> -   "None"
7 | Please call me if you have any questions about this notice.
8 | DATED: August 22, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Paul S. Cook
_____
PAUL S. COOK
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: paul.cook@usdoj.gov

Notice of Appearance
United States v. Gonzalez-Aguilar           2                    08cr2343-H

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GILBERTO GONZALEZ-AGUILAR,<br><br>  Defendant. | Case No. 08CR2343-H<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

  BRIDGET KENNEDY, ESQ.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2008.

  s/ Paul S. Cook
  PAUL S. COOK

Notice of Appearance
United States v. Gonzalez-Aguilar         3         08cr2343-H