1 | **ELLIS M. JOHNSTON III**
California State Bar No. 223664
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | jodi_thorp@fd.org

5 | Attorneys for Defendant Leonardo Lopez-Alvarez

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR02343-MLH |
| Plaintiff, | |
| | JOINT MOTION TO CONTINUE |
| v. | |
| **LEONARDO LOPEZ-ALVAREZ,** | |
| AKA: Gilberto Gonzalez-Aguilar | |
| Defendant. | |

**IT IS HEREBY STIPULATED** between the parties that the Motions Hearing currently scheduled for September 2, 2008 be continued until September 15, 2008 at 2:00 p.m. before the Honorable Marilyn L. Huff.

Mr. Lopez-Alvarez remains in custody. Mr. Lopez-Alvarez and the government anticipate that there will be a disposition of this matter before the Motion Hearing.

**IT IS SO STIPULATED.**

DATED: August 25, 2008              s/ *Bridget L. Kennedy*
                                    **BRIDGET L. KENNEDY**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant Mr. Lopez-Alvarez
                                    bridget_kennedy@fd.org

DATED: August 25, 2008              s/ *Paul Cook*
                                    **PAUL COOK**
                                    Assistant United States Attorney

| | |
|---|---|
| 1 | **BRIDGET KENNEDY**<br>California State Bar No. 253416 |
| 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.<br>225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5030<br>Telephone (619) 234-8467 |
| 4 | Facsimile (619) 687-2666<br>bridget_kennedy@fd.org |
| 5 | |
| 6 | Attorneys for Mr. Leonardo Lopez-Alvarez |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 082343-MLH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PROOF OF SERVICE |
| | ) | |
| **LEONAROD LOPEZ-ALVAREZ,** | ) | |
| AKA:Gilberto Gonzalez-Aguilar, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Paul Cook, Assistant United States Attorney**
Paul.Cook@usdoj.gov efile.dkt.gc1@usdoj.gov,;Helaine.Curtis@usdoj.gov

Dated: August 25, 2008       _s/ Bridget L. Kennedy_
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail:bridget_kennedy@fd.org