1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08cr2343-MLH |
|---|---|---|
| Plaintiff, | ) ) | ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) | |
| **LEONARDO LOPEZ-ALVAREZ**, AKA: Gilberto Gonzalez-Aguilar, | ) ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no.14 ) requesting the continuance of the sentencing hearing currently set for September 2, 2008, and continued to **September 15, 2008, at 2:00 p.m.**, be **GRANTED.** The Court finds that there is valid excludable time under the Speedy Trial Act**.** Mr. Lopez-Alvarez is currently in Federal Custody.

**SO ORDERED.**

Dated: August 25, 2008

_____
**HONORABLE MARILYN L. HUFF**
United States District Court Judge